Form BLdfnld7 (12/01/2007)

# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

---

IN RE:                                                                                        CASE NO: 1−09−46298−ess

John Siracusa

247 Kensington Avenue
Staten Island, NY 10305
 Name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address.

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:                          CHAPTER: 7

  xxx−xx−1179

              DEBTOR(s)

---

## DISCHARGE OF DEBTOR(S)
## ORDER OF FINAL DECREE

A petition under title 11, United States Code was filed by or against the Debtor(s) on July 27, 2009; an order for relief was entered under Chapter 7; no order denying a discharge has been granted.

It appearing that the debtor(s) is entitled to a discharge and the estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED**:

- The debtor(s) is granted a discharge under Section 727 of Title 11, United States Code, (the Bankruptcy Code).

- Alan Nisselson (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above−named debtor(s) is closed.

BY THE COURT

Dated: October 28, 2009                        s/ Elizabeth S. Stong
                                               United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Form BLdfnld7(12/01/2007)

# EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0207-1        User: malleyne          Page 1 of 1          Date Rcvd: Oct 28, 2009
Case: 09-46298             Form ID: 262             Total Noticed: 20

The following entities were noticed by first class mail on Oct 30, 2009.
db            +John Siracusa,   247 Kensington Avenue,    Staten Island, NY 10305-3622
smg           +Diana Adams,   Office of the United States Trustee,    271 Cadman Plaza East,
               Brooklyn, NY 11201-1833
smg           +NYC Department of Finance,    345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,
               Brooklyn, NY 11201-3719
smg           +NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,   Albany, NY 12205-0300
smg           +NYS Unemployment Insurance,    Attn: Insolvency Unit,   Bldg. #12, Room 256,
               Albany, NY 12240-0001
6301131       +Atlantic Crd,    P O Box 13386,    Roanoke, VA 24033-3386
6301133       +Bank Of America,    Pob 17054,    Wilmington, DE 19884-0001
6301136       +Cit Bank/dfs,    12234 N Ih 35 Sb Bldg B,    Austin, TX 78753-1705
6301137       +Citi,    P.o. Box 6500,    Sioux Falls, SD 57117-6500
6301138       +Citibankna,    1000 Technology Dr,    O Fallon, MO 63368-2239
6301139        NMAC,    P.O. Box 371447,    Pittsburgh, PA  15250-7447
6301140       +Portfolio Recvry And Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
6301141       +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
6301142       +Tribute/fbofd,    6 Concourse Pkwy Ne Fl 2,    Atlanta, GA 30328-6117

The following entities were noticed by electronic transmission on Oct 28, 2009.
6301130       +EDI: AMEREXPR.COM Oct 28 2009 15:23:00      Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
6301133       +EDI: BANKAMER2.COM Oct 28 2009 15:23:00      Bank Of America,    Pob 17054,
               Wilmington, DE 19884-0001
6301132       +EDI: BANKAMER.COM Oct 28 2009 15:23:00      Bank Of America,    4161 Piedmont Pkwy,
               Greensboro, NY 27410-8119
6301134       +EDI: CAPITALONE.COM Oct 28 2009 15:23:00      Cap One,    Po Box 85520,    Richmond, VA 23285-5520
6301135       +EDI: CHASE.COM Oct 28 2009 15:23:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
6301137       +EDI: CITICORP.COM Oct 28 2009 15:23:00      Citi,    P.o. Box 6500,    Sioux Falls, SD 57117-6500
6301143       +EDI: AFNIVERIZONE.COM Oct 28 2009 15:23:00      Verizon New York Inc,    500 Technology Dr,
               Weldon Spring, MO 63304-2225
6301144       +EDI: CHASE.COM Oct 28 2009 15:23:00      Washington Mutual Fa,    9451 Corbin Avenue,
               Northridge, CA 91324-1665
                                                                                     TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 30, 2009**                              **Signature:**